|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DEANNA FORTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil No.   04cv1314-WQH(POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |
|---|---|

A Settlement Conference was to be held in this case on September 26, 2007, however neither party appeared as both parties believed that the conference had been continued.  Therefore the Court shall hold a Settlement Conference on **October 9, 2007** at **3:00 p.m.**  All named parties and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, *must be present* at the Settlement Conference.

Counsel shall lodge confidential letter-briefs with the chambers of Judge Porter on or before **October 5, 2007.**  The letter-briefs should include any settlement demands and offers to date.  The letter-briefs may be lodged via e-mail to efile_Porter@casd.uscourts.gov.

IT IS SO ORDERED.

DATED: October 3, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

- 1 -                                                                                                                                             04cv1314