UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA FORTIN, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Civil No.   04-1314-WQH(POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

      On October 9, 2007, the Court held a Settlement Conference in this matter. Jeffrey Metzger appeared on behalf of Plaintiff Deanna Fortin, who was present with her husband Wayne Fortin; Jenny Wang appeared on behalf of Defendants, represented at the conference by Lori Bemand. At the conference, the case settled. Accordingly, IT IS HEREBY ORDERED:

      1.    A Joint Motion for Dismissal shall be submitted to the Honorable William Q. Hayes on or before **November 9, 2007**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

      2.    If a Joint Motion for Dismissal is not submitted on or before November 9, 2007, then a Settlement Disposition Conference shall be held on **November 13, 2007,** at **1:30 p.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the conference call.

///

1  3. If a Joint Motion for Dismissal is received on or before November 9, 2007, the
2  Settlement Disposition Conference shall be VACATED without further court order.
3
4  DATED:  October 10, 2007
5
6  LOUISA S PORTER
   United States Magistrate Judge
7
8  cc: The Honorable William Q. Hayes
9      all parties